*David F. Sherwood,* in opposition.

Decided May 28, 1992

DAVID E. KOSKOFF *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF HADDAM ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 443, is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's decision and remand the case with direction to grant the writ of mandamus on the ground that a failure of a planning and zoning commission properly to publish a prehearing notice, as required by General Statutes § 8-26, amounted to a failure of the commission to act pursuant to General Statutes §§ 8-26 and 8-26d?"

*Thomas P. Byrne,* in support of the petition.

*David E. Koskoff,* pro se, in opposition.

Decided May 28, 1992